Commonwealth *v.* Tarver, Appellant.

Argued March 13, 1972. *William H. Saye,* Public Defender, for appellant; *James G. Morgan, Jr.,* Deputy District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Thomas, Appellant.

Submitted March 20, 1972. *Marshall E. Kresman,* for appellant; *James J. Wilson* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Thomas, Appellant.

Submitted March 13, 1972. *James R. Clippinger,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.